IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01955-BNB

JEFFERY PURDY MASON THOMAS,

    Applicant,

v.

ARI ZAVARAS – Executive Director, C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 04 2007

GREGORY C. LANGHAM
                CLERK

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

Applicant Jeffery Purdy Mason Thomas is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility at Cañon City, Colorado. Mr. Thomas has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Thomas is challenging the validity of his conviction in Larimer County District Court case number 92-CR-187. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Thomas previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Thomas v. Novak*, No. 98-cv-01051-WYD-BNB (D. Colo. Sept. 19, 2001). In 98-cv-01051-WYD-BNB, Mr. Thomas challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in 98-cv-01051-WYD-BNB was denied with prejudice after the Court determined that the claims Mr. Thomas raised were procedurally barred, failed to raise

a federal constitutional claim, or lacked substantive merit. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Thomas must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Thomas has not provided to the Court the necessary authorization from the Tenth Circuit and he alleges that he has not obtained the necessary authorization. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. **See Coleman v. United States**, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 3 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01955-BNB

Jeffery P. M. Thomas
Doc# 56918
CTCF
PO Box 1010
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/4/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk