| | |
|---|---|
| In re: | |
| JEFFERY PURDY MASON THOMAS, | No. 07-1420 (D.C. No. 07-cv-01955-ZLW) |
| Movant. | |

ORDER
Filed November 20, 2007

Before **BRISCOE**, **McCONNELL**, and **TYMKOVICH**, Circuit Judges.

Movant Jeffery P. Thomas, a Colorado state prisoner proceeding pro se, requests authorization to file a second or successive 28 U.S.C. § 2254 petition challenging his 1992 convictions for attempted murder, assault and crimes of violence. (He filed his motion after first attempting to file an unauthorized § 2254 petition in district court, which transferred the petition to this court). Thomas seeks to claim that the pre-trial charging document contained an incorrect statement that the attempted murder victim died, when in fact she did not die and testified against him at his trial. This is the same claim that Thomas raised, and this court denied, in a motion for authorization filed a year ago. *Thomas v. Abbott*, No. 06-1443 (10th Cir. Dec. 18, 2006) (unpublished denial for failure to satisfy the 28 U.S.C. § 2244(b)(2) pre-requisites for authorization). Thus, it must

be dismissed under 28 U.S.C. § 2244(b)(1) ("A claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed." ). *See In re Williams*, 330 F.3d 277, 282 (4th Cir. 2003) (holding that claims recycled from prior motion for authorization are barred from pre-authorization review by § 2244(b)(1)).

Accordingly, we deny authorization. This denial of authorization is not appealable and may not be the subject of a petition for rehearing or for a writ of certiorari. *See* 28 U.S.C. § 2244(b)(3)(E).

                Entered for the Court

                ELISABETH A. SHUMAKER, Clerk